# UNITED STATES DISTRICT COURT OF WASHINGTON
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE COURTHOUSE

| | |
|---|---|
| **CODY, INC., a Delaware corporation,** | No. |
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| **DANA FALSETTI, an individual; and DOES 1 through 10, inclusive,** | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, the undersigned certifies that, as of this date, the following named parties shall be designated as interested entities or persons:

ALO, LLC

Color Image Apparel, Inc.

/ / /

/ / /

/ / /

10965.001/1047729      1
CORPORATE DISCLOSURE STATEMENT

Dated: December 6, 2017

**CARNEY BADLEY SPELLMAN, P.S.**
**Attorneys for Plaintiff Cody, Inc.**

By  */s/ Ashley K. Long*
Ashley K. Long/ WA Bar No. 45738
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
Telephone: (206) 622-8020
Facsimile: (206) 467-8215
Email: long@carneylaw.com

**THOITS LAW**
**Attorneys for Plaintiff Cody, Inc.**

By  */s/ Andrew P. Holland*
Andrew P. Holland/ CA Bar No. 224737
*(Pro hac vice application pending)*
Stephen C. Gerrish/ CA Bar No. 62153
*(Pro hac vice application pending)*
Misasha S. Graham/ CA Bar No. 237187
*(Pro hac vice application pending)*
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572
Email: aholland@thoits.com
sgerrish@thoits.com
mgraham@thoits.com