HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT OF WASHINGTON

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| **CODY, INC., a Delaware corporation,** | No. 2:17-cv-01833- MJP |
| Plaintiff, | **STIPULATION WITHDRAWING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFF'S MOTION TO EXTEND THE CONSIDERATION DATE** |
| v. | |
| **DANA FALSETTI, an individual; and DOES 1 through 10, inclusive,** | |
| Defendants. | |

Plaintiff Cody, Inc. ("Plaintiff") and Defendant Dana Falsetti ("Defendant"), by and through their counsel of record, stipulate to the following:

1. Whereas on March 20, 2018, Defendant filed a Motion for Partial Summary Judgment, noted for consideration on April 20, 2018. (Dkt. No. 28.)

2. Whereas on April 2, 2018, Plaintiff filed a Motion to extend the consideration date from April 20, 2018 to a date no earlier than May 25, 2018. (Dkt. No. 31.)

3. Plaintiff and Defendant through counsel of record have agreed that the Defendant will withdraw her Motion for Partial Summary Judgment and Plaintiff will withdraw its Motion to extend the consideration date.

Now, therefore, it is hereby stipulated and agreed among Plaintiff and Defendant that Defendant's Motion for Partial Summary Judgment set for hearing on April 20, 2018 is withdrawn. IT IS SO STIPULATED.

Dated: April 11, 2018.

**THOITS LAW**
**Attorneys for Plaintiff ALO, LLC**

By     */s/ Andrew P. Holland*
**Andrew P. Holland/ CA Bar No. 224737**
**Stephen C. Gerrish/ CA Bar No. 61253**
**Misasha S. Graham/ CA Bar No. 237187**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572
Email:     aholland@thoits.com
           sgerrish@thoits.com
           mgraham@thoits.com

Dated: April 11, 2018.

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
**Attorneys for Defendant Dana Falsetti**

By     */s/ Laraine M.I. Burrell*
**Laraine M.I. Burrell/ CA Bar No. 242232**
2600 Chester Kimm Road
P.O. Box 1688
Wenatchee, WA 98807-1688
Telephone: (509) 662-3685
Facsimile: (509) 662-2452
Email:     laraineb@jdsalaw.com

# **ORDER**

The Court having reviewed the foregoing Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

Defendant's Motion for Partial Summary Judgment set for hearing on April 20, 2018 is withdrawn.

Presented by:

*/s/ Andrew P. Holland*
Andrew P. Holland

*/s/ Laraine M.I. Burrell*
Laraine M.I. Burrell

Dated this 11th day of April, 2018.

Marsha J. Pechman
United States District Judge